UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELINA A. RAMOS | MISC. CASE NO. **6:16-mc-00082** |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; AND TAKEDA PHARMACEUTICAL COMPANY LIMITED | MAGISTRATE JUDGE HANNA |

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, JULIO J. RAMOS, SR.**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of ANGELINA A. RAMOS, as SPECIAL ADMINISTRATOR and Derivative Claimant; and JULIO RAMOS, JR., RENE RAMOS, AND GABRIEL RAMOS as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, ANGELINA A. RAMOS, as SPECIAL ADMINISTRATOR and Derivative Claimant; and JULIO RAMOS, JR., RENE RAMOS, AND GABRIEL RAMOS as Derivative Claimant individually and as legal heirs to the Estate of ANGELINA A. RAMOS, deceased, and Takeda, as notice to the Court on November 16, 2016 be

APPROVED.

- 2 -

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 21st day of November 2016.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE