RECEIVED

DEC - 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELINA A. RAMOS, ET AL. | MISC. CASE NO. 16-mc-82 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Angelina A. Ramos, as Special Administrator and Derivative Claimant; and Julio Ramos, Jr., Rene Ramos, and Gabriel Ramos, as Derivative Claimants, of the Estate of Julio J. Ramos, Sr., is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 8th day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE